■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DOMINIC MAINELLA, JR., Appellant. [675 NYS2d 580] —Judgment unanimously affirmed. Memorandum: Defendant contends that County Court violated Penal Law § 70.25 (2) and (3) by imposing consecutive sentences upon his conviction of two counts of petit larceny (Penal Law § 155.25). Defendant, however, was

not charged with larcenies committed by a single act or omission, or during a single incident or transaction. Each offense was a separate crime committed at a discrete time by a distinct act (*see, People v Day*, 73 NY2d 208; *People v Pinkard*, 209 AD2d 1051; *People v Levine*, 188 AD2d 665, *lv denied* 82 NY2d 708). The sentence is neither unduly harsh nor severe. (Appeal from Judgment of Cattaraugus County Court, Himelein, J.— Petit Larceny.) Present—Denman, P. J., Lawton, Wisner, Balio and Boehm, JJ.